AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A Target Address in North Charleston, SC 29418

Case No. 2:20-cr-738-MHC

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____ District of South Carolina, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment "A-1"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1028 (a)(1) | Knowingly and without lawful authority producing an identification document |
| Title 18 USC 1028 (a)(1) | knowingly transferring an identification document, or false identification document |
| Title 42 USC 408 (a)(7)(C) | knowingly buying or selling a card that is, or purports to be, a card so issued |

The application is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Victor Gomez, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5 November 2020

*Judge's signature*

City and state: Charleston, South Carolina    United States Magistrate Judge Molly Cherry
*Printed name and title*